UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**JOE WILSON**                                                                                              **PLAINTIFF**

**v.**                                        **CASE NO. 4:10CV00133 BSM**

**JEREMIAH LEGGS,**
**SHEILA F. CAMPBELL, P.A.**
**THE HONORABLE MARY SPENCER McGOWAN**                    **DEFENDANT**

## ORDER

The motion of defendant Jeremiah Leggs for remand to the Pulaski County Circuit Court (Doc. No. 5) is granted.

The complaint alleges a quiet title action by Leggs in state court against all persons claiming rights to certain property located in North Little Rock, Arkansas. In removing the case, Wilson asserts federal jurisdiction due to unspecified constitutional rights violations (Doc. 2). The complaint, as well as the entire record, however, clearly show that there are no constitutional violations at issue. The only issue is whether title to land in Arkansas should be quieted. For that reason, this court lacks jurisdiction.

Accordingly, the motion to remand (Doc. No. 6) is granted and this case is remanded to the Pulaski County Circuit Court.

IT IS SO ORDERED this 19th day of April, 2010.

_____
UNITED STATES DISTRICT JUDGE